# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2024-2368

————————————————

JUNHUA CHEN, L.M.T.,

 Petitioner,

v.

DEPARTMENT OF HEALTH,

 Respondent.

————————————————

Petition for Writ of Review Non-Final Agency Action—Original Jurisdiction.

February 28, 2025

PER CURIAM.

 DISMISSED.

B.L. THOMAS, WINOKUR, and TANENBAUM, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

John E. Terrel of Howell, Buchan & Strong, Tallahassee, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Respondent.